IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE PAUL McLENDON, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:11-cv-920-TMH |
| | )           [wo] |
| J.C. GILES, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

**ORDER**

On June 20, 2014, the magistrate judge filed a recommendation in this case denying the petition for habeas corpus because it was not filed within the one-year period of limitation mandated by 28 U.S.C.§ 2244(d)(1) .  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (doc. no. 11) is adopted.

DONE, this 29th day of July, 2014.

                                                    /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE