IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE PAUL McLENDON, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 2:11-cv-920-TMH ) [wo] |
| J.C. GILES, *et al.*, | ) ) |
| Respondents. | ) |

## JUDGMENT

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is ORDERED and ADJUDGED that petitioner's petition for writ of habeas corpus is denied as untimely.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this 29th day of July, 2014.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE